IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN
Southern Division

UNITED STATES OF AMERICA
*ex rel*, Dr. Christian Kreipke
    Plaintiffs,

Civil Action No.

BRINGING THIS ACTION ON BEHALF OF
THE UNITED STATES OF AMERICA

v.

Hon. Judge
Qui Tam Action

WAYNE STATE UNIVERSITY, and
UNIVERSITY PHYSICIAN GROUP, P.C.,

**FILED UNDER SEAL PURSUANT TO
31 U.S.C. § 3730(b)(2)**

    Defendants.

**DO NOT PLACE IN PRESS BOX**

**DO NOT ENTER ON PACER**

## FALSE CLAIMS ACT COMPLAINT EXHIBIT LIST

- A-  CV of Dr. Kreipke
- B-  Grant Proposal U01NS072045-01 commonly referred to as "Clazosentan+TBI."
- C-  Grant Proposal U01NS072045-01 A1 commonly referred to as "Clazosentan+TBI."
- D-  Grant Proposal R01NS064976-01 A2
- E-  Grant Proposal R01NS039860-09 A2/, commonly referred to as "Control + TBI."
- F-  Grant Proposal Number R01NS073603-01, commonly referred to as "Polypathology and TBI."
- G-  Grant Proposal R01NS069937-01
- H-  Wayne State SPA report
- I-  Dr. Kreipke emails
- J-  Dr. Kreipke termination letter
- K-  Dr. Kreipke contract
- L-  Direct costs comparison documents
- M-  Affidavit of Dr. Kreipke
- N-  WSU Faculty Affairs Annual Review Preparation document