# Curriculum Vitae

Date of Preparation:  2/29/2012

_____
Signature

## Christian William Kreipke
**Assistant Professor, Research Educator**

### Address

Office:
Wayne State University, School of Medicine
Dept. Anatomy and Cell Biology
9312 Scott Hall
540 E. Canfield Ave. Detroit, MI  48201
Email:  ckreipke@med.wayne.edu
Office Phone:  (313) 577-1049

Home:
1405 Three Mile
Grosse Pointe Park, MI  48230

## EDUCATION

| | |
|---|---|
| B.A.  (1999) | Summa Cum Laude, Anthropology, Wayne State University |
| | Minor:  Organ Performance, Piano Pedagogy |
| Post Bach. (1999) | Post Bachelor's Certificate (60cr. Hours), Medical and Cultural Studies, Santiago School of Medicine, Santiago de Cuba, Cuba |
| M.A. (2000) | Biological Anthropology, Minor: Linguistics, Santiago School of Medicine, Santiago de Cuba, Cuba and Wayne State University |
| Ph.D. (2004) | Cellular and Clinical Neurobiology, Minors: Anthropology and Interdisciplinary Biomedical Sciences, Wayne State University, School of Medicine; Conferred on 12/04 |

## POSTGRADUATE TRAINING

| | |
|---|---|
| 2004-2007 | Postdoctoral Fellow, Wayne State University, *mentor, Jose Rafols, PhD* |
| 2007-2008 | Research Scientist, Anatomy and Cell Biology, Wayne State University |

## FACULTY APPOINTMENTS

1

| 2008-present | Visiting Professor, Neuroscience, Universidad Autonoma de Guadalajara, School of Medicine, Guadalajara, MX |
|---|---|
| 2008-2009 | Assistant Professor (Research), Anatomy and Cell Biology, Wayne State University, School of Medicine, Detroit, MI, USA |
| 2009-present | Assistant Professor (Tenure-Track), Anatomy and Cell Biology, Wayne State University, School of Medicine, Detroit, MI, USA |

**MAJOR PROFESSIONAL SOCIETIES**

Golden Key National Honor Society, 1998-
Phi Beta Kappa, 1999-
American Anthropological Association, 2000-
Society for Applied Anthropology, 2000-
Society for Medical anthropology, 2000-
Council for Education and Anthropology, 2000-
Sigma Xi, Elected Member (Full Membership), 2001-
American Society of Chemists, Invited Member, 2001-
Society for Neuroscience, Michigan Chapter, 2001-
New York Academy of Sciences, Invited Member, 2001-
Academy for the Advancement of Sciences, 2001-
Society for Neuroscience, 2002-
International Society for Cerebral Blood Flow and Metabolism, 2007-
Royal Society of Chemistry, 2008-

**HONORS/AWARDS**

Kaplan Study Abroad Scholarship ($500), 1999
Phi Beta Kappa, 1999-
Graduate Teaching Assistantship (~$19,000/year), 2000-2001
Graduate Professional Scholarship (~$13,000/year), 1999-2001
Humanities Center Travel Scholarship ($1000 total), 1999-2001
Heberlein Excellence in Teaching Award (nominee), 2001
Interdisciplinary Biomedical Sciences Scholarship (~$22,000/year), 2000-
NIDA Predoctoral Fellowship (T32) (~$30,000/year), 2001-2002
Neuroscience Travel Award (Wayne State University School of Medicine) ($250), 2002
Dean Thomas Asselin, M.D. Endowed Prize for Excellence in Psychiatry and Behavioral Neuroscience Research (Wayne State University School of Medicine) ($2,500), 2002
1st Place, Society for Neuroscience, MI Chapter, Poster Award ($200), 2003
Graduate Student Professional Travel Award ($250), 2003
Outstanding Graduate Student of the Year for Contributions in Academics and Research, 2003
International Society for Cerebral Blood Flow and Metabolism Travel Award, Osaka, Japan ($1,000), 2007
International Society on Endothelin (ET-10) Young Investigator Award, (1000 Euro), 2007
Winter Brain Travel Award ($1,000), 2010

**SERVICE**

Wayne State University

Departmental/Divisional

*Anatomy and Cell Biology Seminar Organizer* (2008-2011).
　　　　Responsibilities include securing seminar speakers and hosting out of town
　　　　speakers

School of Medicine

*Future Docs, Presenter and Workshop Coordinator* (2004-present)
　　　　Responsibilities include teaching general information about the brain and trauma
　　　　to alumni's children.
*Graduate Research Day, Judge* (2004-present), WSU
　　　　Responsibilities include judging both posters and presentations that serve as the
　　　　culmination of student research projects
*Medical Research Day, Mentor, Judge* (2009-present),WSU
　　　　Responsibilities include serving as a mentor to Year 1 medical students in
　　　　summer projects involving research and judging said research at Medical
　　　　Research Day seminar


University

*Sigma Xi, Wayne State Chapter, Executive Board Member* (2004-2007) WSU.
　　　　Responsibilities include bolstering awareness of Sigma Xi across campus and
　　　　organizing lectures, symposia, etc.
*Wayne State Alumni Communications Committee, Committee Member* (2005-present),
WSU.
　　　　Responsibilities include contributing to public awareness of The Wayne State
　　　　Alumni Association through its communications tools
*Undergraduate Research Mentor* (2005-present)
　　　　Responsibilities include mentoring exceptional undergraduate students in the
　　　　Honors Program in summer-long research programs
*Wayne State University Academic Senate* (2010-present)
　　　　Elected to academic senate and selected to serve on the Research subcommittee.
*Wayne State University Scholar's Day* (2011-present)
　　　　Interviewed potential scholarship recipients of the in-coming class to Wayne State
　　　　University.
*Wayne State University Streamlining Policy Committee* (2011-present)
　　　　Selected by Provost to serve on streamlining committee.


Scholarly Service

*International*
*Visiting Professor in Neuroscience, University Autonomous of Guadalajara,*
    *Guadalajara, MX (2007-present)*
*Invited Speaker at Endothelin-10, Bergamo, Italy (2007)*
*Invited Speaker at the Tiantan International Stroke Conference, Beijing, China (2009,*
    *2010)*

*National*
*Brain Awareness Week Committee, Society for Neuroscience, Chair* (2002-2003)
Responsibilities include organizing Brain Awareness Week events and Brain Awareness
Day, contacting schools for lectures, organizing lectures, and organizing publicity
*Sigma Xi, Associate Director, North Central Region* (2006-2007)
*Sigma Xi, Acting Director, North Central Region* (2007-2009)
*American Institute of Biological Science, Grant Reviewer, Intramural Department of*
    *Defense,* (2007)
*American Institute of Biological Science, Grant Reviewer, Extramural Investigator-*
    *Initiated Department of Defense,* (2007)
*American Institute of Biological Science, Grant Reviewer, Extramural New Investigator-*
    *Initiated Department of Defense,* (2007)
*American Institute of Biological Science, Grant Reviewer, Extramural Multi-Consortium*
    *Department of Defense,* (2007)
*American Institute of Biological Science, Permanent Study Section, Intramural Brain*
    *Disease and Neurotrauma,* (2008-present)
*Ad Hoc member of VA study section* (2011-present)
*Ad Hoc member of DOD MRDP program* (2011-present)
*Ad Hoc reviewer for journal articles* (2008-present)  *(includes number of individual*
*articles per journal):*

| | |
|---|---|
| American Scientist | 6 |
| Brain Research | 7 |
| Journal of Neurological Research | 14 |
| Journal of the Neurological Sciences | 5 |
| Journal of Neuroscience | 4 |
| Journal of Neurotrauma | 14 |
| Neurological Research | 21 |
| Neuroscience Letters | 4 |
| Synapse | 5 |

*Statewide*
*Michigan Society for Neuroscience Chapter Meeting coordinator* (2003), WSU.
    Responsibilities include organizing chapter meeting location, duration, theme, etc
*Michigan Society for Neuroscience, Student Counselor* (2002-2004)
*Southfield Oncology Institution Review Board, Board Member* (2005-2007)
    Responsibilities include reviewing grants and patient outcome for novel cancer
    treatments
*Southfield Oncology Institution Review Board, Chairman of the Board* (2007-present)
*TBI Services and Prevention Council, Board Member* (2009-present)

4

**TEACHING**

| | |
|---|---|
| 01/99-04/99 | Anthropology 5170, Forensic Anthropology (Lab) (1999), Wayne State University |
| *09/99-12/99 | Anthropology 2110, Introduction to Biological Anthropology, Wayne State University |
| *09/99-09/00 | Anthropology 2100, Introduction to Anthropology, Wayne State University |
| 01/01-04/01 | Film Theory 301, Film Scoring (Selected Lectures), University of Michigan, Dearborn |
| ~~06/06-08/06~~ | ~~Neuroanatomy, Prematriculation medical students, Wayne State University~~ |
| 03/07-05/07 | Neuroanatomy, Laboratory (Shadow), Wayne State University core Medical School Curriculum |
| 02/07- | Neuroscience, Course Co-Director, Universidad Autonoma de Gudalajara, School of Medicine |
| 09/08- | PSL 7440, Advanced Physiology, select lectures |
| *05/10- | Year I Curriculum Neuroscience Laboratory, Wayne State University core Medical School Curriculum |
| *08/10- | Year I Curriculum Histology Select Lectures and Laboratory, Wayne State University core Medical School Curriculum |

*Teaching portfolio and student evaluations available on request*

Mentorship

*Postdoctoral mentor:*
Benjamin Atkinson (Fellow, department of Neurology)

*PhD mentor:*
Christian Reynolds (MD/PhD, combined degree with Universidad Autonomo de Guadalajara)

*PhD committee member:*
Jill Jamison (Donald DeGracia, PhD, Mentor)
Megan Foldenauer (Linda Hazlett, PhD, Mentor)

*Master's Thesis committee member:*
Megan Dutcher (Donald DeGracia, PhD/Hector Gonzolez, PhD, Co-Advisors)
   *"Associations between Retinopathy and Cerebrovascular Disease"*
Manupreet Chawla (Donald DeGracia, PhD/ Jose Rafols, PhD, Co-Advisors)
   *"Redistribution of mRNA Correlates with Arrest of Translation and Neuronal Death Following Global Cerebral Ischemia and Reperfusion"*
Adriane Marchese (Donald Kuhn, PhD/David Thomas, PhD, Co-Advisors)
   *"MDMA Neurotoxicity Revisited: An assessment of the effects of MDMA on the brain"*
Lauren Marchese (Donald Kuhn, PhD/David Thomas, PhD, Co-Advisor)

*"Genetic Approaches to the Study of Serotonin"*

## GRANTS, CONTRACTS, AND OTHER FUNDING

**Active**

### NIH

R01  NS064976-A2 Kreipke (PI)                    11/01/09-10/31/14
NIH-NINDS
($1,723,000)
**Role:  PI (45% effort)**
"Molecular Mechanisms of Enhanced Contractility following Traumatic Brain Injury:
towards a clinical trial" (Investigates the mechanism by which endothelin receptor
antagonists may be useful in the treatment of cognitive deficits following TBI).

### VA

VA RR&D RX000224-01  Kreipke (PI)                11/01/10-10/31/14
VA Rehabilitation
($953,000)
**Role:  PI (37.5% effort)**
"Poly-trauma following brain injury: towards a combinatorial therapy" (Investigates the
effects of multiple pathologies associated with traumatic brain injury on histopathological
and behavioral outcome).

VA RR&D RX000375  Kuhn (PI)                       11/01/11-10/31/2014
($1,250,000)
**Role:  Co-I (25% effort)**
"TBI & Alcohol Abuse: Co-occurring conditions that enhance brain damage"
(investigates the role of alcohol on TBI induced cell damage and behavioral outcome)

**Pending**

### DOD

BAAW81XWH Kreipke/Armstead (Multi-PI)
($4,678,000)
**Role: PI (25% effort)**
"Clazosentan: a novel treatment for traumatic brain injury" (investigates the efficacy of
clazosentan following TBI with ultimate goal of receiving IND status).

**Completed**

R01 NS39860 Rafols (PI)                                            03/10/04-04/30/10
NIH-NINDS
**($1,300,000)**
**Role:  CO-I (10% effort)**
"Control of microvascular tone in traumatic brain injury" (Investigates the biochemical role of
endothelin receptors in the control of the microcirculation in a rat model of traumatic brain
injury).

VA RR&D Award Rossi (PI)                                          04/01/08-12/31/11
VA Rehabilitation
**($735,000)**
**Role:  CO-I (5% effort)**
"Conditioning, microvascular tone & rehabilitation post brain trauma" (Investigates the   role of
exercise in the control of microcirculation in a rat model of traumatic brain injury).


## PUBLICATIONS

*Books authored/edited*

**Kreipke CW**, Rafols JA.  In Press.  *Cerebral Blood Flow, Metabolism, and Head Trauma:
Bench to Bedside Advances in the Understanding and Treatment of the Pathotrajectory of
Traumatic Brain Injury.*  Springer.  *2012*

*Book Chapters*

**Kreipke C**, Rosenberg D, Keshavan M. 2004. Does disordered brain development cut across
diagnostic boundaries? In Keshavan M, Kennedy J, Murray R (Eds.) *Neurodevelopment and
Schizophrenia*. Cambridge University Press.  Chapter 21, pp 390-411.

Betrus C, **Kreipke C.**  2012.  Historical perspectives in understanding traumatic brain injury and
in situating disruption in CBF in the pathotrajectory of head trauma.  In Kreipke C, Rafols JA
(Eds)  *Cerebral Blood Flow, Metabolism, and Head Trauma:  Bench to Bedside Advances in the
Understanding and Treatment of the Pathotrajectory of Traumatic Brain Injury.*  Springer.
Chapter 1, pp.

Kane M, Angoa Perez M, Briggs D, Viano D, **Kreipke** C, Kuhn D.  2012.  Modeling of
traumatic brain injury and its implications in studying the pathology of repeated mild impacts to
the head.  In Kreipke C, Rafols JA (Eds)  *Cerebral Blood Flow, Metabolism, and Head Trauma:
Bench to Bedside Advances in the Understanding and Treatment of the Pathotrajectory of
Traumatic Brain Injury.*  Springer. Chapter 3, pp..

Kropinski A, Dore-Duffy P, **Kreipke C**. 2012. Situating the Endothelin System in the pathotrajectory of TBI-induced changes in haemodynamics. In Kreipke C, Rafols JA (Eds) *Cerebral Blood Flow, Metabolism, and Head Trauma: Bench to Bedside Advances in the Understanding and Treatment of the Pathotrajectory of Traumatic Brain Injury.* Springer. Chapter 5, pp.

**Kreipke** C, Kropinski A, Graves J, Tiesma D, Kaufman M, Schafer S, Armstead W, Dore-Duffy P, Kuhn D. 2012. New Frontiers in Clinical Trials Aimed at Improving Outcome Following Traumatic Brain Injury. In Kreipke C, Rafols JA (Eds) *Cerebral Blood Flow, Metabolism, and Head Trauma: Bench to Bedside Advances in the Understanding and Treatment of the Pathotrajectory of Traumatic Brain Injury.* Springer. Chapter 7, pp.

*Refereed Journal Articles*

1. Kuhn DM, Sadidi M, Lu X, **Kreipke C**, Geddes T, Borges C, and Throck J. 2002. Peroxynitrite-Induced Nitration of Tyrosine Hydroxylase: Identification of Tyrosines 423, 428, and 432 as Sites of Modification by MALDI-TOF Mass Spectrometry and Tyrosine-Scanning Mutagenesis. Journal of Biological Chemistry 277:14336-14342.

2. **Kreipke CW**, Walker PD. 2004. NMDA receptor blockade attenuates locomotion elicited by intrastriatal dopamine D1-receptor stimulation. Synapse 53:25-32.

3. **Kreipke CW,** Campbell BM, Walker PD. 2005. Failure of MK-801 to suppress D1 receptor-mediated induction of locomotor activity and striatal preprotachykinin mRNA expression in the dopamine-depleted rat. Neuroscience 137:505-517.

4. **Kreipke CW**, Morgan N, Petrov T, Rafols J. 2006. Calponin and caldesmon cellular domains in reacting microvessels following traumatic brain injury. Microvascular Research 71:197-204.

5. Shen Y, Kou Z, **Kreipke CW**, Petrov T, Hu J, Haacke EM. 2007. In vivo measurement of tissue damage, oxygen saturation changes and blood flow changes after experimental traumatic brain injury in rats using susceptibility-weighted imaging. Magn Reson Imaging 25:219-227.

6. **Kreipke CW**, Morgan R, Petrov T, Rafols JA. 2007. Subcellular Redistribution of Calponin Underlies Sustained Vascular Contractility Following Traumatic Brain Injury. Neurological Research 29:604-609.

7. Petrov T, **Kreipke CW**, Alilain W, Nantwi K. 2007. Differential Expression Adenosine $A_1$ and $A_2$ Receptor Protein Levels Following Upper Cervical (C2) Spinal Cord Hemisection In Adult Rats. Journal of Spinal Cord Medicine 30:331-337.

8

8.  Rafols J., **Kreipke CW**, Petrov T. 2007. Alterations in Cerebral Cortex Microvessels and the Microcirculation in a Rat Model of Traumatic Brain Injury: a Correlative EM and Laser Doppler Flowmetry Study. Neurological Research 29:339-347.

9.  Rafols J, Morgan R, Kallikuri S, **Kreipke CW**. 2007. Extent of nerve cell injury Marmarou's model compared to other brain trauma models. Neurological Research 29:348-355.

10. Degracia D, Kayali F, **Kreipke CW**, Rafols JA. 2007. Brain endothelial HSP-70 stress response coincides with endothelial and pericyte death after brain trauma. Neurological Research 29:356-361.

11. Kallukuri S, **Kreipke CW**, Rossi N., Rafols JA, Petrov T. 2007. Spatial alterations in endothelin receptor expression are temporally associated with the altered microcirculation after brain trauma. Neurological Research 29:362-368.

12. **Kreipke CW**, Morgan R, Roberts G, Bagchi M, Rafols JA. 2007. Calponin phosphorylation in cerebral cortex microvessels mediates sustained vasoconstriction after brain trauma. Neurological Research 29:369-374.

13. Morgan R, **Kreipke CW**, Roberts G, Bagchi M, Rafols J. 2007. Neovascularization following traumatic brain injury: Possible evidence for both angiogenesis and vasculogenesis. Neurological Research 29:375-381.

14. **Kreipke CW**, Morgan R, Kallikuri S, Rafols J. 2007. Behavioral preconditioning enhances angiogenesis and cognitive outcome following traumatic brain injury. Neurological Research 29:388-394.

15. Dore-Duffy P, Xeuqain W, Mehedi A, **Kreipke CW**, Rafols JA. 2007. Differential expression of capillary VEGF isoforms following traumatic brain injury. Neurological Research 29:395-403.

16. Huttemann M, Lee I, **Kreipke CW**, Petrov T. 2008. Suppression of iNOS prior to traumatic brain injury improves cytochrome oxidase activity and normalizes cellular energy levels. Neuroscience 151:148-151.

17. Hoffman W, Artlett C, Zhang W, **Kreipke CW**, Passmore G, Rafols JA, Sima AA. 2008 Receptor for advanced glycation end products and neuronal deficit in the fatal brain edema of diabetic ketoacidosis. Brain Research 1238:154-62.

18. **Kreipke CW,** Rafols JA. 2009. Calponin control of cerebrovascular reactivity: Therapeutic implications in brain trauma. J Cell Mol Med 13(2):262-9.

19. Ding JY, **Kreipke CW**, Speirs S, Schafer PC, Schafer S, Rafols JA. 2009. Hypoxia inducible factor-$1\alpha$ signaling in aquaporin upregulation after traumatic brain injury. Neuros Lett. 453(1):68-72.

9

20. Ding JY, **Kreipke CW**, Speirs S, Schafer PC, Schafer S, Rafols JA. 2009. Synapse Loss Regulated by Matrix Metalloproteinases in Traumatic Brain Injury Is Associated with Hypoxia-Inducible Factor-1α Expression. Brain Research 1268:125-34.

21. Sima AA, Zhang W, **Kreipke CW**, Rafols JA, Hoffman WH. 2009. Inflammation in Diabetic Encephalopathy is Prevented by C-Peptide. Rev Diabet Stud. 6(1):37-42.

22. AA, Zhang W, Muzik O, **Kreipke CW**, Rafols JA, Hoffman WH. 2009. Sequential bnormalities in type 1 diabetic encephalopathy and the effects of C-Peptide. Rev Diabet tud. 6(3):211-22.

23. **Kreipke CW**, Schafer PC, Rossi NF, Rafols JA. 2010. Differential affects of Endothelin receptor-A and B antagonism on hypoperfusion following traumatic brain injury (TBI). Neurological Research 32:209-214.

24. Kallakuri S, **Kreipke CW**, Schafer PC, Schafer SM, Rafols JA. 2010 Brain cellular localization of endothelin receptor A and B in a rodent model of diffuse brain injury. Neuroscience 168:820-30.

25. Angoa-Pérez M, **Kreipke CW**, Thomas DM, Van Shura KE, Lyman M, McDonough JH, Kuhn DM. 2010. Soman Increases Neuronal COX-2 Levels: Possible Link between Seizures and Protracted Neuronal Damage. Neurotoxicology 31:738-46.

26. Higashida T, **Kreipke CW**, Rafols JA, Peng C, Schafer S, Schafer P, Ding JY, Dornbos D, Li X, Guthikonda M, Rossi NF, Ding Y. 2011. The role of hypoxia-inducible factor-1α, aquaporin-4, and matrix metalloproteinase-9 in blood-brain barrier disruption and brain edema after traumatic brain injury. J Neurosurg 114:92-101.

27. Rafols JA, **Kreipke CW**. 2011. Current brain endothelin research: a pathway to novel approaches impacting clinical trials. Neurological Research 33:115-118.

28. Armstead W, **Kreipke CW**. 2011 Endothelin-1 is upregulated after traumatic brain injury: A cross-species, cross-model analysis. Neurological Research 33:133-136.

29. Jamison JT, Lewis MK, **Kreipke CW**, Rafols JA, DJ DeGracia. 2011. Poly-Adenylated mRNA Staining Reveals Distinct Neuronal Phenotypes Following Endothelin-1, Focal Brain Ischemia, and Global Brain Ischemia/ Reperfusion. Neurological Research 33:145-161.

30. **Kreipke CW**, Schafer PC, Schafer S, Pirooz R, Rafols JA 2011. Endothelin receptors A and B are expressed in distinct cellular compartments of rat hippocampus following global ischemia: An immunocytochemical study. Neurological Research 33:162-168.

31. Dore-Duffy P, Ding Y, Zhan P, Schafer S, Fronczak M, Rafols JA, **Kreipke CW**. 2011. Endothelin receptor expression in pericytes following ETrA antagonist treatment. Neurological Research 33:176-186.

32. Reynolds CA, Rafols JA, Schafer S, Pirooz R, Marinica A , Chbib A, Bedford C,  Fronczak M, Kuhn DM, **Kreipke CW**.   2011.  Differential effects of endothelin receptor A and B antagonism on behavioral outcome following traumatic brain injury.  Neurological Research 33:192-196.

33. Reynolds CA, Kallakuri S, Schafer S, **Kreipke CW**, Rafols JA. 2011.  Endothelin receptor A antagonism reduces the extent of diffuse axonal injury in a rodent model of traumatic brain injury.  Neurological Research 33:197-200.

34. **Kreipke CW**, Rafols JA, Reynolds C, Schafer S, Marinica A, Bedford C,  Fronczak M, Kuhn DM, Armstead W.  2011. Clazosentan, a novel endothelin-A antagonist, improves CBF and behavior after TBI.  Neurological Research 33:208-213.

35.  Kane MJ, Pérez MA, Briggs DI, Viano DC, **Kreipke CW**, Kuhn DM.  2012.  A mouse model of human repetitive mild traumatic brain injury.  J Neurosci Methods 201:41-9.

36. Ali A, Konakondla S, Zwagerman NT, Peng C, Schafer S, Ding JY, Dornbos D III, Sikharam C, Geng X, Guthikonda M, **Kreipke CW**, Rafols JA, Ding Y. 2012.  Glycerol accumulation in edema formation following diffuse traumatic brain injury.  Neurol Res. 34(5):462-8.

*Abstracts (selected from over 60) (2010 to present only; others available on request)*

**Invited**

TBI, Exercise, Alcohol, And Drugs Of Abuse:  Changing The Face Of TBI Research.  **Christian Kreipke**, Donald Kuhn.  Federal Interagency Conference on Traumatic Brain Injury, Washington DC, USA, June, 2011

Haemodynamics, vascularization and head trauma:  a bloody mess.  **Christian Kreipke, PhD, chair.**  Winter Brain, Keystone, CO, USA, January 22, 2011.

Endothelin Receptor A antagonism improves outcome in stroke, subarrachnoid hemorrhage and traumatic brain injury.  **Christian Kreipke, PhD.**  Tiantan International Stroke Conference, Beijing, China, June 28, 2010.

Hypoxia--the good bad and the ugly:  Clinical relevance and rationale for using "therapeutic angiogenesis" as a treatment paradigm.  **Christian Kreipke, PhD**, Chair.  Winter Brain, Breckenridge, CO, USA, January 29, 2010

**Peer Reviewed**

Clazosentan:  A novel treatment of traumatic brain injury.  **Christian Kreipke**, William Armstead.  World Congress on Neurology, Marakesh, Morocco, November 2011.

ETrA antagonism: A novel treatment for traumatic brain injury. **Christian Kreipke**; Jose Rafols; Justin Graves; Anthony Kropinski; Steven Schafer; Christopher Bedford; Donald Kuhn; William Armstead.  Endothelin 12, Cambridge, UK, September 2011.

ETrA antagonism and traumatic brain injury:  Towards a Clinical Trial. **Christian Kreipke, PhD**; Jose Rafols, PhD; Christopher Bedford, BS; Donald Kuhn, PhD; William Armstead, PhD.  International Neurotrauma, Shanghai, China, May, 2011.

Endothelin Receptor-A Antagonism as a Novel Treatment for Brain Injury-Induced Polypathologies.  **Christian Kreipke, PhD**; Christian Reynolds, BS, Steven Schafer, BS, Christopher Bedford, BS, Michael Fronczak, BS, Donald Kuhn, PhD, Jose Rafols, PhD; World Congress on Stroke, Seoul, South Korea, October 11, 2010.

Focal Brain Ischemia, Global Brain Ischemia/ Reperfusion or Intraventricular Endothelin-1 Injection Reveals Distinct Neuronal Stress Responses: Implications for Cell Survival/Death. Jose Rafols, PhD; **Christian Kreipke, PhD**, Donald DeGracia, PhD, Jill Jamison, BS. World Congress on Stroke, Seoul, South Korea, October 11, 2010.

ETrA antagonism improves hemodynamic, histopathologic, and behavioral outcome following traumatic brain injury.  **Christian Kreipke**, Benjamin Atkinson, Jose Rafols, Anthony Kropinski, Michael Fronczak, Christian Reynolds, William Armstead. Neurocritical Care, San Fransisco, CA, USA, September 10, 2010.

ETrA antagonists and poly-pathology: understanding basic mechanisms of drug effect.  Jose Rafols, PhD; **Christian Kreipke, PhD**, Steven Schafer, BS; Michael Fronczak, BS; Srinivasu Kallakuri, PhD; National Neurotrauma, Las Vegas, NV, USA, June 9, 2010.

Combined ETrA antagonism and suppression of microglial activation improves outcome following traumatic brain injury.  Donald Kuhn, PhD; Jose Rafols, PhD; Marianna Perez, PhD; Christian Reynolds, BS; Steven Schafer, BS; Michael Fronczak, BS; **Christian Kreipke, PhD;**  National Neurotrauma, Las Vegas, NV, USA, June 9, 2010.

ETrA antagonism improves hemodynamic, histopathologic, and behavioral outcome following traumatic brain injury.  **Christian Kreipke, PhD**; Jose Rafols, PhD, Christian Reynolds, BS, Steven Schafer, BS, Christopher Bedford, BS, Michael Fronczak, BS, Donald Kuhn, PhD, William Armstead, PhD; National Neurotrauma, Las Vegas, NV, USA, June 9, 2010.

**INVITED LECTURES/PRESENTATIONS**

"Diffuse Axonal Injury and endothelin:  A coupling of concurrent pathologies?"  Rafols JA, Kropinski A, Graves J, **Kreipke CW**. Veteran's Administration Research Day, April,. 2011

"ENDOTHELIN AND CONTROL OF CEREBRAL BLOOD FLOW AFTER TRAUMATIC BRAIN INJURY: Towards a Clinical Trial"  Department of Anesthesiology Research Seminar, University of Pennsylvania, April 13, 2010

"Molecular Mechanisms of enhanced contractility:  Towards a clinical trial"  Spinal Cord and Brain Injury Research Center (SCOBIRC), University of Kentucky, January 13, 2010

"A meta-study of different animal models of traumatic brain injury:  Introspective report." Combined Emergency Medicine and Neurosurgery Department Seminar, Wayne State University, School of Medicine, August 3, 2009.

"Modulation of TBI-induced hypoperfusion through the endothelin receptor:  Therapeutic Implications" Tiantan International Stroke Conference, Beijing, China, June 21, 2009

 "Endothelin receptor A antagonism ameliorates hypoperfusion and enhances cognitive outcome following traumatic brain injury".  World Congress on Brain Trauma, Lisbon, Portugal, March 20, 2009.

"Imaginative Leaps: Reporting to the General Public on Closed-Head-Injury Trauma".  ISSE, Helsinki, Finland, August 7, 2008

"Endothelin receptor A antagonism ameliorates hypoperfusion and leads to improved performance on a radial arm maze following traumatic brain injury (TBI)".  ET-10 panel discussion, ET-10, Bergamo, Italy 2007.

"Brains, Trains and Automobiles: Multidisciplinary Approach to Understanding Traumatic Brain Injury", Sigma Xi panel discussion, Sigma Xi National Meeting, Detroit Renaissance Center, November 2006.

"Early Sequelae of Events following Traumatic Brain Injury:  Designing a new Therapeutic Intervention", NVR laboratories, Nish Shiron, Israel, March 2006.