FILE COPY

# Kreipke, Christian

| | |
|---|---|
| From: | Kreipke, Christian |
| Sent: | Monday, June 14, 2010 9:53 AM |
| To: | Larrew, Terri |
| Subject: | Effort Report |

I hope you had a good weekend. It is great here! Have we resolved the effort report thing? I know we are supposed to do it online but I don't feel comfortable signing off on it since. as we discussed, it is wrong. Please advise how to proceed

Christian

Christian Kreipke, MA, PhD
Chairman of the Board, Southfield Oncology Institute (IRB)
Visiting Professor, Universidad Autonoma de Guadalajara, MX
Assistant Professor
Department of Anatomy and Cell Biology
Wayne State University, School of Medicine
540 East Canfield
Room 9312 Scott Hall
Detroit, MI  48201

## Kreipke, Christian

From: Rafols, Jose
Sent: Tuesday, August 17, 2010 1:28 PM
To: Kreipke, Christian
Subject: RE: disallowable costs

Christian

Please calm down!  Linda is working on this issue.  You need to be very careful what you say and to whom you say it.

Jose

---

From:  Kreipke, Christian
Sent: Tuesday, August 17, 2010 10:33 AM
To:  Rafols, Jose
Subject:  disallowable costs

Jose--

We have to fight these fucking "disallowable costs".  I have worked very hard to balance our budget and have done everything according to regulations.  Further everything that is suddenly disabllowable was previously approved.  So this is fucking bullshit!  This is just another way in which these people are fucking us over.  I know Linda is aware of this but we have to stay on top of this.  You are going to have to use your weight as a senior TENURED faculty member to fight this becuase I dont have tenure et and am in a bad spot here.  I know this is happening to others too so we have to fight this!

Christian

Christian Kreipke, PhD
Assistant Professor
Department of Anatomy and Cell Biology
Wayne State University, School of Medicine
540 East Canfield
Room 9312 Scott Hall
Detroit, MI  48201