

**WAYNE STATE UNIVERSITY**

Office of the Provost
4092 Faculty/Administration Building
Detroit, MI 48202
(313) 577-2200
(313) 577-5666 fax



February 29, 2012

Professor Christian W. Kreipke
1405 Three Mile
Grosse Pointe Park, MI 48230

Dear Professor Kreipke,

We have carefully reviewed all the materials submitted in relation to the "Investigation of Research Misconduct Allegations — DIO 4414, Final decision" including the committee report, dated November 30, 2011, your response, appeal and supporting materials, submitted to the Office of the Provost on January 3rd.

The committee report discusses six allegations of scientific misconduct:

Allegations 1, 2, 3, and 6 involve claims that on several occasions you submitted the same information or image as preliminary data in grant applications and in publications and asserted that it represented different findings, experiments or treatments;

Allegation 4 involves the claim that you repeatedly fabricated or falsified scientific data in grant proposals and in publications, and at poster presentations at various conferences.

Allegation 5 involves the claim that you falsified your own credentials and a letter of support from a company known as Actelion on certain grant applications

The Committee concluded that two of the allegations were not sufficiently supported to warrant a finding of scientific misconduct (allegation 4.1, in which the committee found that while the image was incorrectly labeled, the error could have been due to lack of organization, and allegation 5.1, where the committee found there was insufficient evidence of an intentional falsification).

As to the other allegations, the committee report provides strong support that you engaged in intentional fabrication and falsification of data. We believe that the committee's report is sound and more than meets the scientific misconduct policy's requirement that misconduct be shown by a preponderance of the evidence.

In your response, you acknowledge that there were 'mistakes,' state that you were not responsible for the mistakes, and assert that you either corrected the mistakes or not as you deemed appropriate. The Committee asked that you provide it with copies of the corrections and supporting data; you provided only one correction but no supporting information; and the committee later identified that correction as being mislabeled and identical to a different image in a different file.

You have many procedural objections. While the record includes very little support for these objections, even if we assume for purposes of discussion that they occurred, they do not represent significant departures from the research misconduct policy, and they are not germane to the conclusion.

{00006471.DOCX /}

Having consulted as required by Section 9.1 of the policy, we therefore uphold the conclusions of the investigation panel and issue the following sanctions:

1.  Under the authority of the Provost, your employment with Wayne State University is to be terminated immediately;

2.  Your current grants are to be reassigned to qualified individuals as determined by the Office of the Vice President for Research in consultation with the School of Medicine, and subject to approval of the NIH or other grantor agency;

3.  Wayne State University, through the Office of the Vice President for Research, is (a) to request retraction of the five papers cited on pages 2 and 33 of the Committee report and (b) to notify the grantor agencies that funded the five papers.

4.  The Office of the Vice President for Research is to notify the Federal Office of Research Integrity of this disposition.

This concludes this matter. I have asked the Dean of the School of Medicine to designate an individual to arrange for you to collect your personal property and to assist in this transition. You should not return to your office or laboratory before making arrangements with that office.

Sincerely,

Ronald T. Brown
Provost and Senior Vice President for Academic Affairs

Hilary Ratner
Vice President for Research and Interim Dean of the Graduate School

cc: Dean Valerie Parisi

{00006471.DOCX /}