

# WAYNE STATE UNIVERSITY
## SCHOOL OF MEDICINE

November 24, 2009

DEPARTMENT OF ANATOMY
AND CELL BIOLOGY

Dr. Christian Kreipke
Department of Anatomy & Cell Biology
Wayne State University, School of Medicine
540 E. Canfield
Detroit, MI 48201

Dear Dr. Kreipke:

On behalf of the School of Medicine and the Department of Anatomy & Cell Biology, we are pleased to offer you an appointment as Assistant Professor. This is a tenure-track appointment. The term of the appointment is to begin on or about November 30, 2009 and extend through June 30, 2011. Your salary rate will be $115,000 per 12-month year. The terms of this offer may not be modified or altered by any oral statements or representations. This offer may be modified only in writing, signed by a University official as authorized by University Policy.

You will be responsible to Dr. Linda Hazlett. Your duties, subject to periodic review, will include the following:

- Conduct a successful neuroscience research program and publish research results in peer-reviewed journals;
- Teach Histology/Cell Biology and/or Neuroscience;
- Serve on department committees and participate in department activities.

During the first two years we expect you to publish in the peer-reviewed literature as first or co-author. By year two, we expect that you will have submitted at least one request for external funding and that by year three you will have succeeded in acquiring external funding with salary support as Principal Investigator or Co-Principal Investigator. By the end of year 4, we expect you will be PI on at least one external grant, and by the end of year five you will have 50% external salary support.

The position carries a substantial and valuable body of fringe benefits, including a choice of medical insurance programs, some free and some optional low-cost life insurance, short-term disability benefits, long-term disability benefits (when eligible), and participation (when eligible) in an appropriate University retirement program. You will become eligible for the latter upon attaining age 26 and completing two years of service with the University. The two-year University service requirement can be satisfied through two years prior service within the last three years at an institution of higher education or through service at an organization eligible to offer 403(b) contracts to its employees. Additional information regarding benefits offered to WSU employees can be found at the WSU Benefits Administration web site at <www.hr.wayne.edu/ben/>.

In anticipation of your affirmative response, we are enclosing certain personnel forms (Employee Data form, insurance forms, retirement eligibility forms, tax cards, etc.) which should be completed and returned with your acceptance. This will facilitate the timely processing of your appointment and related benefits. Also, if you have not already provided one, we will need an official copy of the academic transcript which reflects your highest earned degree; that copy should be mailed directly to us by the institution which conferred the degree. The effective date of your employment will be contingent upon the completion of these pre-employment conditions, as well as your acceptance of the enclosed Employment Agreement.

If, as we hope, you find this offer to be satisfactory as presented, please indicate your acceptance by signing, dating, and returning the original and one copy (enclosed) of this letter, as well as one copy of the Employment Agreement. A second copy of each document is enclosed for your file. An offer for which a signed acceptance is not received within ten days of the date tendered is rescinded and becomes null and void.

We look forward to your favorable response which should be returned directly to Terri Larrew in the Anatomy & Cell Biology office. We look forward with great pleasure to your joining the University community and to working with you in the future.

Sincerely,

*[signature]*
Linda D. Hazlett, Ph.D.
Distinguished Professor & Chair
Department of Anatomy & Cell Biology

*[signature]*
Valerie Parisi, MD, MPH, MBA
Interim Dean
School of Medicine

Approved by: *[signature]* Nancy S. Barrett
Nancy S. Barrett, Provost and Senior Vice President for Academic Affairs

Encls.

I accept the terms and conditions of this offer.

*[signature]*
Christian Kreipke, Ph.D.

11-24-09
Date