# Sprague Dawley® Rats *When Ordering, Specify SAS SD*
## STRAIN CODE: 400

| Weight in Grams | MALE Approximate Age in Days | Price | FEMALE Approximate Age in Days | Price |
|---|---|---|---|---|
| Up to 50 | Up to 21 | 12.05 | Up to 21 | 12.05 |
| 51–75 | 22–26 | 13.90 | 22–28 | 13.90 |
| 76–100 | 27–32 | 16.35 | 29–31 | 16.55 |
| 101–125 | 33–37 | 18.75 | 32–43 | 18.15 |
| 126–150 | 38–41 | 20.15 | 44–49 | 21.20 |
| 151–175 | 42–45 | 21.75 | 50–56 | 23.15 |
| 176–200 | 46–50 | 24.25 | 57–64 | 25.55 |
| 201–225 | 51–54 | 27.10 | 65–74 | 27.80 |
| 226–250 | 55–58 | 29.05 | 75–85 | 29.80 |
| 251–275 | 59–62 | 31.00 | | |
| 276–300 | 63–67 | 33.70 | | |
| 301–325 | 68–72 | 35.15 | | |
| 326–350 | 73–77 | 37.30 | | |
| 351 plus | Prices upon request | | Prices upon request | |
| Retired breeders | | 24.75 | | |
| Littermates 21 days old only | | 14.10 | | |
| Lactating rat with litter | | | | 81.80 |
| Timed pregnant* | | | | 78.80 |
| Untimed pregnant* | | | | 63.00 |

*For timed and untimed pregnant SAS SD rats, determination of pregnancy is by observation of vaginal plug.
Plug date is considered to be day zero of gestation.

NOMENCLATURE Crl:SD ORIGIN To SASCO from ARS/Sprague Dawley in 1979. To Charles River in 1996.
COAT COLOR White (Albino). RESEARCH APPLICATION general multipurpose model, safety and efficacy testing, aging, nutrition, diet-induced obesity, oncology



**National Institute of Allergy and Infectious Diseases**
Leading research to understand, treat, and prevent infectious, immunologic, and allergic diseases.

# NRSA Stipend Levels

Below are fellowship and training stipend levels for FY 2012, in dollars. Read more information in the January 20, 2012, *Guide* notice.

| Years of Relevant Experience | 12 months | 6 months | 1 month | 1 day* |
|---|---|---|---|---|
| Predoc | 22,032 | 11,016 | 1,836 | 60.36 |
| Postdoc 0 | 39,264 | 19,632 | 3,272 | 107.57 |
| Postdoc 1 | 41,364 | 20,682 | 3,447 | 113.33 |
| Postdoc 2 | 44,340 | 22,170 | 3,695 | 121.48 |
| Postdoc 3 | 46,092 | 23,046 | 3,841 | 126.28 |
| Postdoc 4 | 47,820 | 23,910 | 3,985 | 131.01 |
| Postdoc 5 | 49,884 | 24,942 | 4,157 | 136.67 |
| Postdoc 6 | 51,582 | 25,791 | 4,299 | 141.32 |
| Postdoc 7 | 54,180 | 27,090 | 4,515 | 148.44 |

\* The daily stipend is calculated by dividing the yearly stipend by 365 days irrespective of Sundays or holidays.

For more information, see our main Paylines and Funding page.

Last Updated January 20, 2012
Last Reviewed January 20, 2012

## Highlights

- *NIAID Funding Newsletter,* October 24, 2012
- All About Grants
- Strategy for NIH Funding
- Samples and Examples
- Sample Applications
- Top Policy Changes
- Resources for Researchers

## Look It Up

- fellowship (F)
- fiscal year (FY)
- National Research Service Award (NRSA)
- training grant (T)
- stipend

See the Glossary for more terms.

# WAYNE STATE UNIVERSITY

## SCHOOL OF MEDICINE

DEPARTMENT OF ANATOMY
AND CELL BIOLOGY

August 24, 2010

Mr. Justin Graves
1428 3 Mile Drive
Grosse Pointe Park, MI 48230

Dear Mr. Graves:

On behalf of the School of Medicine and the Department of Anatomy/Cell Biology, we are pleased to offer you an appointment as a Research Assistant. This appointment is to begin on or about August 23, 2010, depending on when pre-employment conditions are met. This is a non-tenure track appointment and carries no presumption of continuing tenure. This appointment is subject to the pleasure of the President or his designee and contingent on the availability of funding. Furthermore, if you are in the United States on a non-immigrant visa status, which allows employment at Wayne State University, this appointment terminates with the expiration of your visa status. Your salary will be $35,000.00 per 12-month year. The terms of this offer may not be modified or altered by any oral statements or representations. This offer may be modified only in writing, signed by a University official as authorized by University Policy.

You will be responsible to the Dean and by her delegation to the Chair. In this case, you will report to Dr. Christian Kreipke. Your duties, subject to periodic review will include:

- Direct rodent surgery (e.g., cranial stereotaxic surgery, catheter placement) in the acceleration impact model.
- Perform immunocytochemical assays.
- Present data at weekly meetings.
- Present data at National/International conferences.
- Write-up of findings for manuscript submission.
- Prepare grant proposals to secure individual funding from extramural agencies
- Must have experience in behavioral testing, immunocytochemistry, and/or small animal surgery.
- Flexible schedule to accommodate night behavioral tests.

United States law requires that you must provide evidence of identity and employment authorization. In order to do that, you must appear in person to complete the U.S. government Form I-9, and to provide the documents that the law requires. The attached form and list of documents is provided to assist you in completing this process.

Employment eligibility verification **must take place before** you begin service to the University. Employees must complete Section I of the employment eligibility verification via I-9 Express (http://www.newi9.com/). Then arrangements may be made to satisfy the Form I-9 verification process by appearing in person at the School of Medicine Human Resources Office, 550 E. Canfield, Room 154 Lande Building between 8:30 a.m. and 5:00 p.m. If you have completed the I-9 process at Wayne State University within the last three years, you will have already completed this requirement.

540 EAST CANFIELD AVENUE ◊ GORDON H. SCOTT HALL OF BASIC MEDICAL SCIENCES ◊ DETROIT, MI 48202 ◊ (313) 577-1061 ◊ FAX (313) 577-3125

③

It must be understood that at least a major portion of your salary is being derived from grant/contract funds; that is, your appointment is specifically conditioned on the availability of funding. The continuation of the assignment is dependent upon your satisfactory performance and upon the continuation of the funding. Should the funding be terminated or reduced, there is no direct, indirect, or implied commitment by the Principal Investigator, the Department, the School or Wayne State University to continue your employment (salary and fringe benefits) beyond the cessation of, or reduction in, the funding.

This position carries a substantial and valuable body of fringe benefits. Additional information regarding benefits offered to WSU employees can be found at the WSU Total Compensation and Wellness web site at www.hr.wayne.edu/ben. As a 12-month appointee, you will accrue vacation. University policy does not permit payoff of accumulated but unused vacation days. Therefore, vacation days must be used prior to separation; otherwise, they will be forfeited.

The personnel policies that apply to your classification are covered in the *Wayne State University Personnel Manual for All Non-Represented Employees* (Non-Rep Manual). A copy of the current Non-Rep Manual is enclosed. The Manual is updated as required with all changes and revised sections mailed directly to your university address. If a copy of the Non-Rep Manual is not enclosed with the letter, please contact the School of Medicine Human Resources Office at 313-577-1163 to obtain a copy.

In anticipation of your affirmative response, we are enclosing certain personnel forms (Employee Data Form, insurance forms, tax cards, etc.) which should be completed and returned with your acceptance. This will facilitate the timely processing of your appointment and related benefits. Also, if you have not already provided one, we will need an official copy of the academic transcript which reflects your highest earned degree; that copy should be mailed directly to us by the institution which conferred the degree.

If, as we hope, you find this offer to be satisfactory, please indicate your acceptance by signing, dating, and returning the original and one copy (enclosed) of this letter. A copy is enclosed for your file. An offer for which a signed acceptance is not received within 10 days of the date tendered is rescinded and becomes null and void.

We look forward to your favorable response, which should be returned to the Department of Anatomy/Cell Biology, together with the enclosed employment and benefit documents.

Sincerely,

Linda D. Hazlett, Ph.D.
Distinguished Professor and Chair
Department of Anatomy/Cell Biology

Office of the Dean
School of Medicine

Enclosures:

I accept the terms and conditions of this offer, and I acknowledge receipt of a copy of the *Wayne State University Personnel Manual for All Non-Represented Employees.*

x _____    8/24/2010
Justin Graves                     Date

LDH/slh

⑷