# Preparing for your Annual Merit Review

## Wayne State University, SOM

Judith Whittum-Hudson, Ph.D.
jhudson@med.wayne.edu

Assia Shisheva, Ph.D.
ashisheva@med.wayne.edu

# Topics

1. Annual Merit Review: Preparing an effective CV, Activity Summary, and Teaching Grid

2. Preparing for your academic career and promotion and optimizing your annual review meeting with your Chair

# Annual Merit Review: Affects Salary

- ## Annual Activity Summary (Faculty Activity Summary)
  - List Scholarship, Teaching, and Service

- ## Teaching Grid (new format 2008)
  - *Three years, depending on time at WSU*
  - *The three-year grid supports teaching awards*

- ## CV (WSU format)

- ## Dept. recommendations
  - support Research Excellence and other Awards

**Revision of Merit Review Packet Goals:**

- Streamline to make it easier for you (cut & paste from CV to Annual Activity Summary)

- Clearer to the reviewing committees

# Salary distribution of Merit Review

- Scholarly Activity - 3/7 of merit pool

- Teaching - 3/7 of merit pool

- Service - 1/7 of merit pool

## Scoring system:

- 1 - 4 in increments of 0.5, with 1 being best and 4 the worst
  (currently only scores of 1 get a merit raise)

- Scored at both Dept. and SOM (subcommittee of 3) levels

# Preparing an Effective CV, Activity Summary, and Teaching Grid

## What is your CV?

- Concrete representation of YOU
  - who you are
  - where you have been
  - what you are doing now
  - where you are going

- Grant proposal for funding YOU
  - awards
  - promotion and/or tenure

# CV Format

## SCHOOL OF MEDICINE CV FORMAT (revised Dec. 08)

*Upper right hand corner:*

- Date of Preparation
- Signature _____

- NAME
  - MD or PhD
  - Current rank and track (be accurate)
  - Address and contact information
  - NO social security number
- EDUCATION (chronological order)
  - Baccalaureate, Graduate, Postgraduate
  - List name of institution, location, and date of degree

- For each category in the CV, list items in chronological order from oldest to newest. Indicate dates when applicable. Eliminate any heading for which there is no entry.
- Font and Font Size: be reasonable, 11-12 point best, Arial or Times New Roman usual choices

- **Training**
  - Fellowships
  - Post-doctoral work
  - Additional post-graduate training (Imaging courses)
  - Internship
  - Residency

- **Faculty Appointments**
  - positions as part of faculty (not hospital appointments)

    Be careful about joint appointments as this can be complex; they should be real relationships

- **Hospital/Professional Appointments Active staff appointments**
  - Division chief, section head, director of unit (annotate on Activity Summary)

# An example:

**Wayne Samuel Underdog, Ph.D**
Assistant Professor
Office address:   Dept of Biochemistry
office, phone, FAX, email

**Education**

1984-1988   B.S., magna cum laude, Hungry College, Hamsville, Texas

1988-1993   Ph.D., Department of Biochemistry, Full of Hope School of Medicine, Heartland, Ohio

**Training**

1979-1984   Technical Associate, Supervisor, Laboratory for Basic Research, Department of Surgery, Harvard Medical School Boston, MA

1988-1993   Graduate Research Assistant
Predoctoral graduate student, Department of Biochemistry University of Connecticut Health Center, Farmington, CT

Date prepared: Jan 12, 2012
Signature

## Training (contd)

1993-1995    Postdoctoral Fellow
             Department of Cell Biology
             University of Texas Health Science Center
             Dallas, TX

???

1997-1998    Fellowship, Infectious Basis of Humor, Harvard,
             Boston, Massachusetts

***Gaps in time need to be explained

## Faculty Appointments

1998-2000    Assistant Professor-Tenure Track, Biochemistry, Technological University, Michigan

2000-2004    Assistant Professor-Tenure Track, Biochemistry, Wayne State U. SOM, Detroit, Michigan

2004-    Associate Professor with Tenure, Biochemistry, Wayne State University, SOM, Detroit, Michigan

2004-    Associate Professor, Joint Immunology & Microbiology, Wayne State University SOM, Detroit, Michigan

2004-    Director of SCC (???), SOM, Wayne State University SOM, Detroit, Michigan

*No acronyms!*
Director of Stem Cell Core
(Annotate if needed, *e.g.*, 'This is the first such Core in the USA')

## Major Professional Societies

American Society for Microbiology (1988–)

National Secretary 2002-2004

International Infectious Disease Society 2003-

American Society for Biological Chemistry 2000-present

## Honors

WSU SOM Teaching Award, 2001 and 2004

WSU SOM Research Excellence Award, 2005

Hershel H. Homer Award, 2002 * **(what is this?)**

Betty Crocker, Best Apple Pie Recipe 2002 ** **(???)**

Master Gardener, Michigan Extension Service 2005 ** **(???)**


*(annual award to member of  Am. Soc. of Biochemistry who has made seminal contributions to research in basic bioinformatics)


** Leave out honors irrelevant to your career no matter how happy they make you! Community and other honors for your professional successes are fine!

# CV format (contd):

## SERVICE

**Indicate activity and your role for the various categories in the format model order; examples in format model are not all inclusive.**

• <u>Journal/Editorial activity</u>
  – Reviewer
  – Editorships/Editorial Boards

• <u>National and international boards/committees</u>
  – Grant Review (indicate if regular membership, *ad hoc*, or telephone)
    • NIH, VA, DoD, National Foundations (ADA, AHA, etc.)
  – Memberships/offices in public/professional agencies

• <u>State and local boards and committees</u>

• <u>Consulting</u>

• <u>Scholarly Service</u> (e.g., Institutional Review Board, Clinical Evaluation Committee, Data and Safety Monitoring Board, moderator for scientific session)

• <u>WSU Service</u> (departmental, school-level and university-level)

• <u>Other</u>

**Example: Dr. Wayne Samuel Underdog's CV, contd.**

Patient Care - none

**Professional consultation  - none**

**Journal/Editorial activity**
Reviewer *Journal of Biochemical Aspects of Humor* ???
Reviewer *Infection and Humor* ???
Editorships/Editorial Boards - **none**

**National and international boards/committees**
2004     Humor and Humility Study Section, NIH, NIAID

**Memberships/offices in public/professional agencies – none**

**State and local boards and committees**
2000-present  Michigan Society for Mental Health, Treasurer, 2004-2005

**WSU Committees**

**DMC Committees**

**Committees at Other Universities – none**

# What to include or NOT and how

- **Do NOT highlight your deficiencies** by having lots of 'None' categories. Delete headings where you have nothing (yet); add them as they become relevant

- **Be comprehensive.** You know your activity best! If you do not write it down, evaluators will not know! For Grant review committees, indicate if invited but unable to serve as it documents regional or national scholarly reputation

- **Annotate items**
  - unique items whose significance not generally known
  - highly specialized foci
  - indicate time commitments

# Dr. Wayne Samuel Underdog's CV, contd.

## Journal/Editorial activity

Reviewer *Journal of Biochemical Aspects of Humor*, reviewed 8 papers
**(Particularly for Activity Summary)**
Reviewer *Infection and Humor* reviewed 4 papers

## National and international boards/committees

2004   Humor and Humility Study Section, NIH, NIAID, **Regular member**
2005   **Welcome Trust, United Kingdom,** *ad hoc* **reviewer (3 grants)**

## State and local boards and committees

2000-present  Michigan Society for Mental Health, Treasurer, 2004-2005

Dr. Wayne Samuel Underdog's CV, contd.

# Wayne State University Service (note order of categories)

## Departmental

**2004 - 2006**   Promotion and Tenure, Dept. of Biochemistry

**2006-**   Salary Committee, Dept. of Biochemistry

## School of Medicine

**2005**   Building Advisory Committee

**2007-**   Research Development Committee of the Faculty Senate

## University

**2006-**   Academic Senate

**2006-**   Research Committee of Academic Senate

## Community Service

**2003-**   Thanksgiving Food Kitchen server for ....

# Service (continued)

- UPG or other physician practice plan

- Affiliate medical organizations (*e.g.*, DMC, KCI, VA etc.)

- Professional (medical or scientific organizations)

- Community (presentations to lay audiences, educational outreach, media presentations)

- Consulting

# CV format (contd):

## TEACHING

**This section is IMPORTANT (especially at WSU)!**

# TEACHING

- Years at WSU (dates)

- Years elsewhere (dates, list institutions)

- Courses taught at WSU
*List categories, course number/title or type of teaching activity and your role. Indicate years taught*

  Undergraduate students
  Graduate students
  Medical students
  Other students
  Residents/Fellows
  Faculty

- Courses taught elsewhere if appropriate

# TEACHING (contd)

- Mentorship (define and list mentees, preferably with dates)

- Essays/Theses/Dissertations directed
  (lists students by name, level, title of project, indicate dates [years])

- Course materials (unpublished)

- Curriculum development

- Visiting Professor/Lecturer (*e.g.*, invited short courses or lectures plus interactions with students/trainees)

**Example: Dr. Wayne Samuel Underdog's CV, contd.**

## Courses at Wayne State University

| | |
|---|---|
| 2000 – 2003 | Psychology 7040, Humor Section (3 contact hr/yr, 12 graduate students) |
| 2000 – | Year II WSMS Pathophysiology of Humor (2 contact hr/yr, 275 medical students) |
| 2000 - | Faculty mentor, Fellows' Journal Club (1 hr/wk 52 wk/yr) |

## Residency Program

| | |
|---|---|
| 2001 - 2003 | Humor and the Immune Response in Lupus Nephritis  (2 contact hr/yr, 6 rheumatology fellows) |
| 2001 - present | Clinical Immunology Core lectures to Fellows (1 contact hr x 4/yr; 4 residents, 4 fellows) |

???

## Postgraduate Lectures

| | |
|---|---|
| 2002 | The Use of Wit and Humor in Therapy of OCD **???** |
| 2004 | The Neurophysiology and Biochemistry of Mirth |

**Be consistent in format of time units**
**No acronyms!**
**Detail contact hrs and numbers and types of learners**

## Mentoring

2002 –   Group of WSMS years 1-4

2005 –   MedStart students (Undergraduates yrs 1-4)

(Teaching GRID: individual meeting? How often? List names of individuals mentored & their current positions)

## Essays/Theses/Dissertations Directed

1998-2002   Jennifer Jest, Ph.D thesis
            "The use of comical scenarios for socialization"

2009-       Thomas Tragedarian, Master's Thesis
            "Absurd behavior as an index of frustration"

??? 

## Course/Curriculum Development

2003   Developmental Aspects of the Sense of the Comic
       (developed the course syllabus, assembled materials, organized lecturers, made exams)

## Mentoring

2002 –     (formal meeting quarterly for 2 hrs, informal monthly)

Hilarity Smith, WSMS IV

Jove Ality, WSMS II

Merri Jones, MD, Psych resident, currently faculty at Harvard

Pierre Charade, MD, PhD, graduate student, currently post doc at Cornell

## Essays/Theses/Dissertations Directed

1998-2002     Jennifer Jest, Ph.D. thesis

"The use of comical scenarios for socialization"

Ph.D. Degree conferred 2002; Advisor, WS Underdog

2002-     Basic Medical Sciences (BMS) essay advisor to Julie Moon (2002), David Sun (2003), Greg Groan (2004), Amy Toe (2005)

2009-     Thomas Tragedarian, Master's Thesis

"Absurd behavior as an index of frustration"

Advisor, J. Dim-Wit; Committee Member, WS Underdog

## Course/Curriculum Development

2003     Developmental Aspects of the Sense of the Comic

(Developed the course syllabus, assembled materials, organized lecturers, made-up exams)

# CV format (contd): Grants, Contracts and other Funding

- Chronological order for each category; give role, title, source, total period of support, total direct costs

  - Current active grants
    - Active National/International Grants and Contracts
    - Active Other Grants and Contracts

  - Pending (waiting for review or Council, not contemplated)
    - Pending National/International Grants and Contracts
    - Pending Other Grants and Contracts

  - Previously funded Grants and Contracts (must list previous 10 yr for tenure appt.)

  - Previously submitted Grants and Contracts, not funded (or, 'scored but not funded' — you can give your score)

# Grants (continued)

- Details and accuracy essential
  - Agency and dates of total funding
  - $$$ (total direct costs) and dates in effect
  - Title
  - PI (if it is not you)
  - <u>Your Role</u> (PI, co-PI, Co-I, collaborator; <u>be accurate</u>)
    - Co PI does not exist in VA, DoD! (check as this is a moving target; for NIH, check RFA to be sure co-PI are allowed)
    - Annotate your role (*e.g.*, 'I provide the MRI expertise for this grant')
  - Percent effort

## Current Grants

2/02 –1/07   National Institutes of Mental Health, PI:  JR Droll, $1,000,000
Co-I, WS Underdog
"Visual incongruity in obsessive compulsive disorder"

12/02-11/06   National Institutes of Mental Health, PI: WS Underdog, $750,000
"The role of GABAergic inputs to the amygdala in humor and wit"

## What is missing?

## Pending Grants

6/05 – 5/09   VA Merit Award, PI:  WS Underdog, $300,000
"Loss of comic sense in Gulf War veterans"

## Previous Grants Approved and Funded  (okay to use NIH format and numbered list)

2/00-1/01   Departmental Seed Money Grant, PI:  WS Underdog, $25,000
"Identification and function of neural loci for wit and humor"

7/01-6/03   Michigan Infectious Disease Society, New Investigator Award
PI: WS Underdog, $50,000
"Function of the amygdala in humor and wit: an infectious etiology"

## Current Grants

| | |
|---|---|
| 2/02 –1/07 | National Institutes of Mental Health, PI: JR Droll, $1,000,000 Co-I, WS Underdog, 10% effort (include annotation of role) "Visual incongruity in obsessive compulsive disorder" |
| 12/02-11/06 | National Institutes of Mental Health, PI: WS Underdog, $750,000, 25% effort "The role of GABAergic inputs to the amygdala in humor and wit" |

## Pending Grants

| | |
|---|---|
| 6/05 – 5/09 | VA Merit Award, PI: WS Underdog, $300,000 "Loss of comic sense in Gulf War veterans", 15% effort |

## Previous Grants Approved and Funded

| | |
|---|---|
| 2/00-1/01 | Departmental Seed Money Grant, PI: WS Underdog, $25,000, 15% effort "Identification and function of neural loci for wit and humor" |
| 7/01-6/03 | Michigan Infectious Disease Society, New Investigator Award PI: WS Underdog, $50,000, 20% effort "Function of the amygdala in humor and wit: an infectious etiology" |

# Patents

- Indicate status (submitted, issued)
- Date
- Number
- Title
- Your role (primary inventor or co-inventor)

# CV format (contd): Publications

- List in chronological order publications that are published or accepted and in press

- Do not list those submitted or in preparation

- Describe your role where it is not obvious (e.g. middle author)

- Possible roles (examples): study conception, design, implementation (including patient recruitment), data analysis, manuscript writing

- Indicate with an asterisk any co-author who is a student or trainee of yours. If there are other categories (e.g. summer student, visiting professor) use more than one symbol (you get both teaching and scholarship credit)

# Publications (continued)

- Peer-Reviewed Publications (all formats)
  - Reports of original observations
  - Case reports
  - Review articles

- Editorials/commentaries

- Letters to the Editor

- Books, editorships and chapters
  - Educational materials (computer programs, other online)
  - Patents

- Published abstracts (indicate last five years only)

- Other (please specify e.g. unpublished abstracts)

# Publications (continued)

**Area of scholarly activity focus should stand out**

– clarify in Faculty Activity Summary (FAS) if not apparent (impact factors good for some disciplines)

– clarify journal policies as to most important authors (PhD, generally first or last are senior; clinical journals often first 3 authors key)

## Original Observations

1. Underdog WS, Smith JR, and Honcho, H.  The development of a sense of the comic in infants: effect of vaccination.  J. Pediatrics 45: 456-461, 1998.

2. Melan-Cholia T, Underdog WS and Bliss RE. Woman with episodic hilarity and hypertrophy of the amygdala. Neuropsychiatric Radiology 3:23-25, 2000.  ??

3. Glad IM, Underdog WS, and Honcho H.  Confocal localization of neurotransmitters mediating humorous stimuli within the amygdala. Proc. Natl. Acad. Sci. USA 78:1245-1253, 2001.

4. etc.

12. Underdog WS.  GABA agonists localized to the amygdala with PET scanning during laughter and giddiness.  J. Humor 4:34-43, 2004.  ??

## Review Articles

1. Underdog WS and Honcho H.  The seventh sense:  comic sense. Psychiatry Reviews 45:234-267, 2003.

## Original Observations

1. Underdog WS, Smith JR, and Honcho, H.  The development of a sense of the comic in infants.  J. Pediatrics 45: 456-461, 1998.

2. Glad IM*, Underdog WS, and Honcho H.  Confocal localization of neurotransmitters mediating humorous stimuli within the amygdala. Proc. Natl. Acad. Sci. USA 78:1245-1253, 2001.

3. etc.

11. Underdog WS.  GABA agonists localized to the amydala with PET scanning during laughter and giddiness.  J. Humor 4:34-43, 2004.

* graduate student or trainee under direct guidance of WS Underdog

## Review Articles   (distinguish invited from not)

1. Underdog WS and Honcho H.  The seventh sense:  comic sense. Psychiatry Reviews 45:234-267, 2003 (invited review)

## Refereed Case Reports

1. Melan-Cholia T*, Underdog WS and Bliss RE.  Woman with episodic hilarity and hypertrophy of the amygdala. Neuropsychiatric Radiology 3:23-25, 2000.

* graduate student or trainee under direct guidance of WS Underdog

# For the Faculty Activity Summary (FAS) and CV-annotation is especially helpful

## Educational Materials

1. Static EX, Gloom DM, Underdog WS and Bliss RE.  Interactive computer learning modules to teach assessment of humor, wit and comic sense.  http/www.comicmedicine.org

(WS Underdog developed the course content and was integrally involved in implementation.)

## Published Abstracts

1. Underdog WS, Glad IM, and Honcho H.  Use of PET scanning for identifying active emotions.  Soc. Emotions and Senses 32:147A, 2004 (presented in plenary session at international meeting)

## Other

Unpublished abstracts, perhaps unrefereed case reports

# CV format (contd): Invited Lectures/Presentations

- Invited/refereed int'l or national meetings

- Invited/refereed local/regional meetings

- Invited seminars or Grand Rounds (5 yrs)

- Other scholarly work (specify)

# Invited Presentations

1. Animal models of humor and stress:  confocal microscopy. Keystone Symposium Address, Steamboat Springs, CO. 2003.

2. Noninvasive monitoring of brain responses to humorous stimuli. Freud Visiting Professor, University of Vienna, Austria.

   ???

Year or dates

# DOCUMENT! DOCUMENT! DOCUMENT!

## The FACTS about documentation

- Format
- Annotation
- Comprehensiveness
- Truth
- Significance

# Consider a 'Shadow' CV

- There are many reasons our CVs might be requested

- You may not want one to include annotation or possibly funding history

- Just be sure to keep both up to date with the relevant parts!

# Annual Merit Review:

# Faculty Activity Summary (FAS)

# AAUP-AFT Selective Salary Adjustment Program

## ANNUAL ACTIVITY SUMMARY (Jan 20xx through Dec 20xx)

Name _____   Department (s) _____
Rank _____
Track _____
Year of appointment/most recent promotion _____

**I.   SCHOLARLY ACTIVITY (Published in this year)**

A.   Publications (authors, titles, citations-include in press or submitted)
B.   Grants (source, title, PI, co-PI's, co-investigators, total period of support, total award, award this budget period)

**II.   TEACHING – Use Grid only for all information**

**III.   SERVICE (Same as CV)**

A.   University Committees
B.   UPG or Other physician plan (administrative not clinical)
C.   Affiliate medical organizations
D.   Professional
E.   Community
F.   Consulting
G.   Scholarly Service
H.   Other

# Faculty Activity Summary

## What you have done in the previous 3 calendar years

— No description of TEACHING activities to be included in the Faculty Activity Summary

— You may not have additions to every section

# Annual Merit Review:

## Teaching Grid

# Teaching Grid (Annual Merit Process only)

- What you do
  - Table ("Grid") summarizing your teaching activities, including involvement in curricular development and administration
  - No description needed in the Faculty Activity Summary

- How well you do it
  - Summary of evaluations of your teaching, included on the "grid," followed by representative evaluative comments
  - Optional discussion of significance of evaluation data

# The Grid: Quantitative Teaching Summary for Each Year. Submit 3 years' grids annually

| Type of Teaching Activity and Type of Learners | Your Role | Total # of contact hours each year | Total # of hours in preparation each year | Total # of Learners | Evaluation: Mean, SD (if appropriate and available; scoring scale; other evaluative/ outcome data) |
|---|---|---|---|---|---|
| | | | | | 'obtained faculty position, post-doc, etc.' |

2:12-cv-14836-AC-RSW   Doc # 1-15   Filed 10/31/12   Pg 45 of 59   Pg ID 594

# WSU SOM QUANTITATIVE TEACHING SUMMARY
## RESEARCH EDUCATOR SAMPLE ITEMS

FROM: JANUARY 1, 20XX    TO:    DECEMBER 31, 20XX

| Type of Teaching Activity and Type of Learner(s) | Your Role | Total # of contact hours this year | Total # of hours in preparation this year | Total # of learners | Evaluation: Mean, SD (if appropriate and available), scoring scale; other evaluative/outcome data |
|---|---|---|---|---|---|
| **COURSE DIRECTION** | | | | | |
| FPH7240 Epidemiology I: Graduate students | Course Director | 42 | 15 | 35 | 4.8(0.4)/5.0 |
| **LECTURES** | | | | | |
| Introduction to Mol. Biol. Genetics, MBG 7010: M.S. students, Physiology graduate students | Lecturer | 10 | 3 | 35 | |
| Medical Neuroscience Screening (in FPH7240 Epidemiology I): Graduate students | Lecturer | 2<br>3 | 1<br>1 | 260<br>35 | 4.1(0.8)/5.0<br>4.3(0.8)/5.0 |
| **SMALL GROUP INTERACTIVE INSTRUCTION** | | | | | |
| Neonatology Physiology Series; Residents and fellows | Lecture/discussion leader | 8 | 1 | 7 | |
| **LABORATORY PRECEPTING** | | | | | |
| Research supervision: Undergraduate student | Laboratory research supervision | 200 | 10 | 6 | All students completed rotation successfully |
| Research supervision: Ph.D. students | Laboratory research supervision | 200 | 10 | 5 | Students are making expected progress toward degree completion; 7 abstracts presented, 2 publications in press |
| Research supervision: Postdoctoral fellow | Theoretical and experimental training | 220 | 20 | 1 | 1 manuscript in press, 1 submitted for publication |
| Research supervision: Pediatric clinical fellow | Research training | 220 | 10 | 1 | Fellow has made expected progress |
| **MENTORING/ADVISING** | | | | | |
| Mentorship, advising & research supervision: Master's degree student | Thesis Committee | 5 | 2 | 1 | Thesis completed |
| MPH Program student advising: Graduate students | Academic advisor | 30 | 5 | 2 | Completed 2 semesters |

10/15/08

1

| MPH Program student advising: Graduate student | Research advisor | 45 | 5 | 1 | Completed FPHS990 MPH Project |
| Mentorship, advising & research supervision: Graduate student | Dissertation Committee | 25 | 4 | 1 | Advanced to Candidacy |

**Selected Student Comments:**

Introduction to Mol. Biol Genetics, MBG 7010: "Made lots of material seem more manageable." "Best teacher in the class. Nicely presented information, fair exams, overall excellent teacher."

Medical Neuroscience: "Well organized. Very thorough slide use." "Perfect." "Lecture notes very helpful and explained things clearly."

**Curriculum Development:**

In response to ongoing MPH Program planning and curriculum review, reformulated the Introduction to Public Health course into a Special Topics Seminar to continue as a core requirement for all MPH students. All course materials have been created to support this new seminar, including syllabus, learning objectives, learning activities, and evaluation.

Educational Administration: Postdoctoral Fellowship Program Director. Provide oversight to the fellowship; responsible for program accreditation; faculty and resident recruitment; curriculum development; policies and procedures development and implementation; competency-based evaluation system.

# Planning Your Academic Career

- Merit awards and career advancement are *earned*, not given - they are based on academic achievements

- Make your advancement automatic. Let your productivity speak for itself — excuses for lack of productivity do not help

- Start working toward advancement as soon as you get on the faculty - set a timetable and take stock at regular intervals — discuss with your chair/division head!

- Keep pushing the door open for opportunities

# Your Academic Career

- Set your goals - Long and short-term

- Obtain necessary tools/develop yourself

- Read the P&T guidelines for your school

- Find appropriate mentor(s)- multiple mentors help

- Obtain knowledge/intellectual skills to accomplish your goals

- Document your teaching and productivity

- Tell people your plans and explain

# Where am I?

- What are your strengths and weaknesses?

- How will you improve your weaknesses? (gaps in knowledge /activities)

- How will you accentuate your strengths?

- Develop a TIME LINE!

  – *Tell others (Division head, chair, mentor) and stick to it!*

# Scholarly activity - VERY important factor for the RE track

- Submit abstracts and present at conferences

- PUBLISH, PUBLISH, PUBLISH: Papers are your currency to advancement!

- Grants!!

- Develop collaborations - but be focused!

# Teaching

- Were you trained to teach in school? — It's not innate!

- Get training. Document and use it.
  – Develop innovative programs
  – Implement curricular design
  – Conduct educational studies
  – WSU: Office for Teaching and Learning http://www.otl.wayne.edu/
  – Medical Education Research Scholars Program (pbridge@med.wayne.edu)

- Ask for evaluations; tell others why you want them:
  – Improve your teaching
  – Help with Merit Review and P & T
  – Be creative with respect to evaluations from trainees and small groups

# Teaching and Educating

– Specialty Societies, e.g.,
  • Am Physiol Soc (http://www.the-aps.org/education/)

– Harvard Macy Program on Education
– Masters in Education
– Specialty basic science societies offerings

# Service

- **Committees**
- **Grant Review committees**
- **Study Sections**
- **Journal Review**
- **Editorial Boards**
- **Community teaching / service**

- **Ask your chair/mentor/senior colleagues for opportunities:**
  - **Departmental**
  - **Medical school-wide**
  - **University (e.g., Academic Senate)**
  - **Regional/National**

# Career Development Workshops

- American Association of Medical Colleges (AAMC) Breakout sessions on career dev.

- Look at specialty society meetings

- <u>Your</u> Society related to your area(s) of research usually offers

- Look locally and within WSU

# http://facaffairs.med.wayne.edu/

## Faculty Affairs

About Us

Faculty Forms

AAUP-AFT Selective Salary Program & Annual Review

Workshops - Preparing for Annual Review

Promotion & Tenure

Faculty Awards

**New Faculty Orientation**

Guidelines & Policies

PAD Seminar Series

Five-year Departmental Review

Professional Development Opportunities

Upcoming Deadlines

Meet New SOM Faculty

### Spotlight



**Welcome to Wayne: SOM New Faculty Orientation**

Orientation information and additional presentations... More

### Events                    + View All

PowerPoint 2 – Intermediate Module (To attend, you must have attended the first session)

Preparing for Annual Review – Clinician Educators

Free your Mind from the Daily Grind- January 19

### About Us

Faculty Affairs and Professional Development works with the leadership, faculty, and administration of the School of Medicine, the University, and our Health Care Partners to support our goal of implementation...
Read More

Professional Development

Online Resources

Contact Us

WSU New Faculty

# To reiterate:
## Managing Your Career

- **Be proactive on your own behalf!**

- **Keep pushing the door open for new opportunities**

- **Be ready to accept new assignments – there is a fine line between opportunity and obligation**

- **Let your division chief or department chair know of your interests**

- **Document, Document, Document! Annual Review will help you help yourself!**

# Good luck and Thank you!

Thanks to Dr. Noreen Rossi who began this presentation.

Thanks also to Drs. Bharati Mitra, Elizabeth Puscheck and Gloria Kuhn for some of their slides and to Drs. Steve Lerner and Linda Roth for their input.

# Questions???

Judith Whittum-Hudson, Ph.D.

313-577-5501

jhudson@med.wayne.edu

Assia Shisheva, Ph.D.

313-577-5674

ashisheva@med.wayne.edu