## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,
*ex rel*, Dr. Christian Kreipke,

    Plaintiffs,                      Case No. 12-14836

v.                                     Hon. Avern Cohn

WAYNE STATE UNIVERSITY, and
UNIVERSITY PHYSICIAN GROUP,

    Defendants.

___

## **INDEX OF EXHIBITS**

A.   *Overall v. Ascension Health*, 13-11396, 2014 WL 2448492 at *6-7 (E.D. Mich. May 13, 2014) (Cohn, J.)

B.   *U.S. ex rel. Dennis v. Health Mgmt. Associates, Inc.*, 3:09-CV-00484, 2013 WL 146048 (M.D. Tenn. Jan. 14, 2013)

1604339v.1